# EXHIBIT 3

**Exhibit 3 - Infringement Chart for U.S. Patent No. 7,839,775 vs. T-Mobile Home Internet, Fiber, Business Internet and Wireless Services and Devices with Wi-Fi 5 (and higher)**

Cornell accuses T-Mobile of making, using, offering for sale, selling in and/or importing into the United States T-Mobile's 5G Home Internet, Home Internet Backup, Home Internet AWAY, T-Mobile Fiber, Metro by T-Mobile Home Internet, T-Mobile Business Internet, Connected Workplace, and T-Mobile and Metro by T-Mobile wireless services for residential and business with Wi-Fi routers and access points that support 802.11ac (aka Wi-Fi 5) and higher, including, for example, those listed below (collectively, the Accused Instrumentalities):

**Exemplary Accused Instrumentalities –** Wireless Gateway, Router and Access Point Devices Provided by T-Mobile that support Wi-Fi 5 (and higher):

| |
|---|
| T-Mobile 5G Home Internet and T-Mobile Fiber gateways, routers and extenders, including but not limited to the 5G Gateway Gen5 (Arcadyan TMO-G5AR; Sercomm TMO-G5SE), 5G Gateway Gen4 (Arcadyan TMO-G4AR; Sercomm TMO-G4SE), Sagemcom FAST 5688W, Arcadyan KVD21, Nokia 5G21-12W-A (FastMile 5G Gateway 3.1), Mesh Wi-Fi Extender V1 (Arcadyan WE6204430), Mesh Wi-Fi Extender V2 (Sercomm TMO-G5SEM), and the T-Mobile Fiber router (eero); mobile hotspots, including but not limited to the Franklin JEXtream RG3100, Franklin JEXtream RG2100, Franklin T10, Inseego MiFi PRO M4, Inseego MiFi X PRO 5G (M3000B), Inseego 5G MiFi M2000, and T-Mobile 5G Hotspot (Quanta TMOHS1); and T-Mobile for Business routers, including but not limited to the Inseego Wavemaker FX4100 with X700 Mesh, Inseego Wavemaker FX3100, Inseego Wavemaker FX2000, and Cradlepoint E320 and E3000 Series (Wi-Fi variants).<br>T-Mobile's service offerings that incorporate, use, provide, configure and/or manage the foregoing devices are likewise Accused Instrumentalities, including T-Mobile 5G Home Internet (Rely, Amplified and All-In plans), Home Internet Plus, Home Internet Backup, Home Internet AWAY, T-Mobile Fiber, Metro by T-Mobile 5G Home Internet, T-Mobile Small Business Internet, Unlimited Business Internet and SuperBroadband, and T-Mobile Connected Workplace. |

The term "Accused Instrumentalities" includes the associated software, firmware, hardware, and processes and methods related thereto.

T-Mobile directly infringes at least claim 56 of U.S. Patent No. 7,839,775 (the "'775 Patent") by making, using, selling, offering for sale and/or importing the Accused Instrumentalities, which include each and every element of the claims, as shown below. T-Mobile also directly infringes the asserted claims of the '775 patent to the extent T-Mobile contracted with, directed, or conspired with a third party to provide any element of the asserted claims. T-Mobile also directly infringes the asserted claims to the extent it controls the Accused Instrumentalities as a whole and obtains benefit from them. T-Mobile is therefore liable for infringement of the '775 Patent under 35 U.S.C. § 271(a).

T-Mobile induces infringement of at least claim 56 of the '775 Patent by providing to third parties including users, customers, agents and others the Accused Instrumentalities to utilize in an infringing manner. T-Mobile intends to cause infringement by such third parties since T-Mobile instructs and/or controls and directs third parties to use the Accused Instrumentalities in an infringing manner, including without limitation by instructing the users to operate the Accused Instrumentalities. T-Mobile manifests this intent by providing support services for the Accused Instrumentalities, including providing instruction, support training, and services, and actively inducing its customers to sign up for accounts. *See, e.g.*,

https://www.t-mobile.com/home-internet
https://www.t-mobile.com/support/home-internet/t-mobile-gateway
https://www.t-mobile.com/support/home-internet/5g-gateway-g5
https://www.t-mobile.com/support/home-internet/5g-gateway-g4ar
https://www.t-mobile.com/support/home-internet/sagemcom-gateway
https://www.t-mobile.com/support/home-internet/arcadyan-gateway
https://www.t-mobile.com/support/home-internet/nokia-gateway
https://www.t-mobile.com/support/home-internet/home-internet-plus/
https://www.t-mobile.com/support/home-internet/mesh-wifi-extender-v2
https://www.t-mobile.com/home-internet/plans/5g-backup-internet-options
https://www.t-mobile.com/hotspots-iot-connected-devices
https://www.t-mobile.com/hotspot-iot-connected-devices/franklin-jextream-rg3100-5g-mobile-hotspot
https://www.t-mobile.com/hotspot-iot-connected-devices/inseego-mifi-pro-m4
https://www.t-mobile.com/support/tutorials/device/t-mobile/hotspot/topic/settings/overview-of-wi-fi-settings
https://www.t-mobile.com/business/business-internet
https://www.t-mobile.com/business/solutions/business-internet-services/small-business-internet
https://www.t-mobile.com/business/solutions/business-internet-services/connected-workplace
https://static.inseego.com/us/download/fx3100-datasheet-t-mobile.pdf
https://www.metrobyt-mobile.com/plans/home-internet
https://www.t-mobile.com/support/coverage/wi-fi-calling-from-t-mobile
https://www.t-mobile.com/news/devices/t-mobile-5g-hotspot
https://www.wi-fi.org/product-finder

Where the customers are the direct infringers, the underlying direct infringement occurs, for example, when they use the T-Mobile Home Internet, Fiber, Business Internet and wireless services with Wi-Fi and obtain benefits such as enjoying faster and more secure Wi-Fi use. T-Mobile has induced and continues to induce customers to directly infringe the asserted claims when, for example, they use the routers and other accused products sold by T-Mobile or used with T-Mobile service that have Wi-Fi 5 (and higher) capability. T-Mobile is therefore liable for infringement of at least claim 56 of the ’775 Patent under 35 U.S.C. § 271(b).

T-Mobile has also contributed to and continues to contribute to the infringement of at least claim 56 of the ’775 Patent in violation of 35 U.S.C. § 271(c) by, among other things, offering to sell, selling, and/or importing the accused Wi-Fi 5 (and higher) gateways, routers, extenders, mobile hotspots and access points, and the firmware and software updates T-Mobile provides for its gateways, routers, extenders, access points and/or mobile hotspots, and with them components of the claimed terminal systems, including the devices’ Wi-

Fi chipsets, firmware and software. T-Mobile does so with the knowledge that these components are especially made or especially adapted for use in infringing the ’775 Patent. The accused multi-user transmission features they implement are a material part of the claimed invention, and the components are not staple articles or commodities of commerce suitable for substantial non-infringing use.

An analysis of T-Mobile’s documentation and/or source code may be necessary to fully and accurately describe all infringing features and functionality of the Accused Instrumentalities and, accordingly, Cornell reserves the right to supplement these charts once such information is made available to Cornell. Furthermore, Cornell reserves the right to revise these charts, including as discovery in the case progresses, in view of any non-infringement arguments T-Mobile may make (e.g., to allege infringement under the doctrine of equivalents), in view of the Court’s final claim construction in this action and in connection with the provision of expert reports.

| Claim | The Accused Instrumentalities |
| --- | --- |
| [56 Pre] A terminal system comprising: | The Accused Instrumentalities include terminal systems. T-Mobile provides and/or sells Internet service with Wi-Fi including terminal systems such as routers, hotspots, and access points (collectively, “access points”, “access point stations (STAs)” or “APs”) for transmitting data packets via downlink multi-user MIMO according to 802.11ac and later standards. The IEEE 802.11ac WLAN standard is collectively composed of the 802.11ac amendment (herein referred to as “Wi-Fi 5” or “802.11ac”) to the 802.11 standard (herein referred to as “802.11” and cited herein to IEEE 802.11-2012).<br><br>Wi-Fi 5 wave 2 (and higher) APs are terminal systems that transmit network data packets. As shown in the below cites in MU-MIMO, as implemented by 802.11ac, APs transmit network data packets, such as “Very High Throughput” multiuser packets known as “VHT MU PPDUs.” 802.11 clarifies that in the MAC layer, MSDU(s) are encapsulated and may be aggregated into an A-MPDU by the MAC data service architecture. Thus, during a transmission, the frame that leaves the MAC layer and enters the PHY layer can be an A-MPDU (which contains one or more MSDUs). An A-MPDU obtained from the MAC data service architecture is transmitted at the PHY in a PSDU frame. In an 802.11ac PHY layer, the PSDU is encapsulated in a PPDU for transmission by the PHY. |

| Claim | The Accused Instrumentalities |
|---|---|
| | FX3100 product specifications<br><br>Network connectivity[2]<br>• 5G NR with SA/NSA<br>• 5G sub-6 GHz<br>• 4x4 MIMO 5G sub-6 GHz<br>• 4G LTE Cat 19<br>• 4x4 MIMO 4G LTE<br>• 256 QAM sub-6 GHz<br><br>Bands supported<br>• 5G sub-6: n2, n5, n12, n25, n26, n38, n41, n48, n66, n71, n77<br>• 4G LTE Cat 19: 2, 4, 5, 12, 13, 26, 38, 41, 46, 48, 66, 71<br><br>Wi-Fi<br>• 802.11 a/b/g/n/ac/ax<br>• Wi-Fi 6 with 2x2 MU-MIMO<br>• Simultaneous dual-band Wi-Fi<br>• Multiple SSID/guest Wi-Fi support<br>• Connects up to 64 Wi-Fi enabled devices<br><br>**Source:** Inseego Wavemaker FX3100 Datasheet (T-Mobile), Inseego, https://static.inseego.com/us/download/fx3100-datasheet-t-mobile.pdf |

| Claim | The Accused Instrumentalities |
|---|---|
| | **Wi-Fi CERTIFIED® Certificate**<br>This certificate lists the features that have successfully completed Wi-Fi Alliance interoperability testing. Learn more: www.wi-fi.org<br>**Certification ID: WFA131137**<br>**Product Info**<br>**Date of Certification** May 14, 2024<br>**Company** T-Mobile, USA Inc.<br>**Product Name** KVD21<br>**Product Model Variant** KVD21<br>**Model Number** XCI55AX44M-T0<br>**Category** Routers<br>**Sub-category** Cable, DSL or Other Broadband Gateway (Integrated Home Access Device)<br>**Summary of Certifications**<br>**CLASSIFICATION** / **CERTIFICATION**<br>**Network management** WMM®, Wi-Fi Agile Multiband™<br>**Security** Protected Management Frames, WPA2™-Personal 2021-01, WPA3™-Personal 2023-12<br>**Wi-Fi (MAC/PHY)** 2.4 GHz Spectrum Capabilities, 5 GHz Spectrum Capabilities, Wi-Fi CERTIFIED 6®, Wi-Fi CERTIFIED™ a, Wi-Fi CERTIFIED™ ac, Wi-Fi CERTIFIED™ b, Wi-Fi CERTIFIED™ g, Wi-Fi CERTIFIED™ n |

| Claim | The Accused Instrumentalities |
|---|---|
| | <br>Wi-Fi CERTIFIED® Certificate<br>Certification ID: WFA131137<br>Role: Access Point Page 2 of 3<br>Wi-Fi CERTIFIED™ a<br>Wi-Fi CERTIFIED™ ac<br>A-MPDU with A-MSDU<br>DL MU-MIMO<br>**Source:** Wi-Fi Alliance Certification WFA131137, T-Mobile, USA Inc., KVD21, Model XCI55AX44M-T0 (T-Mobile 5G Home Internet Gateway), at pp. 1-2, Wi-Fi Alliance, https://www.wi-fi.org/product-finder<br><br>***Source: 5G Gateway Gen5 (TMO-G5AR / TMO-G5SE) Specifications, T-Mobile, https://www.t-mobile.com/support/home-internet/5g-gateway-g5***<br>***Source: 5G Gateway Gen4 (TMO-G4AR) Specifications, T-Mobile, https://www.t-mobile.com/support/home-internet/5g-gateway-g4ar***<br>***Source: Sagemcom Gateway (FAST 5688W), T-Mobile, https://www.t-mobile.com/support/home-internet/sagemcom-gateway*** |

| Claim | The Accused Instrumentalities |
|---|---|
| | **5. MAC service definition**<br><br>**5.1 Overview of MAC services**<br><br>**5.1.1 Data service**<br><br>**5.1.1.1 General**<br><br>This service provides peer LLC entities with the ability to exchange MSDUs. To support this service, the local MAC uses the underlying PHY-level services to transport an MSDU to a peer MAC entity, where it is delivered to the peer LLC. Such asynchronous MSDU transport is performed on a connectionless basis. By<br><br>**Source:** IEEE 802.11-2012 at p. 92.<br><br>**5.1.5 MAC data service architecture**<br><br>The MAC data plane architecture (i.e., processes that involve transport of all or part of an MSDU) is shown in Figure 5-1. During transmission, an MSDU goes through some or all of the following processes: MSDU rate limiting, aggregate MSDU (A-MSDU) aggregation, frame delivery deferral during power save mode, sequence number assignment, fragmentation, encryption, integrity protection, frame formatting, and aggregate MAC protocol data unit (A-MPDU) aggregation. IEEE Std 802.1X-2004 may block the MSDU at the Controlled Port. At some point, the data frames that contain all or part of the MSDU are queued per AC/TS.<br><br>**Source:** IEEE 802.11-2012 at pp. 95-96. |

| Claim | The Accused Instrumentalities |
| --- | --- |
| |  <br>**Figure 5-1—MAC data plane architecture**<br>**Source:** IEEE 802.11-2012 at p. 96. |

| Claim | The Accused Instrumentalities |
|---|---|
| | **9.12.5 Transport of A-MPDU by the PHY data service**<br><br>***Change 9.12.5 as follows:***<br><br>An A-MPDU shall be transmitted in a PSDU associated with a PHY-TXSTART.request primitive with the TXVECTOR parameter AGGREGATION ~~parameter~~ set to 1 or the TXVECTOR parameter FORMAT set to VHT. A received PSDU is determined to be an A-MPDU when the associated PHY-RXSTART.indication primitive RXVECTOR parameter AGGREGATION ~~parameter~~ is equal to 1 or the RXVECTOR parameter FORMAT is equal to VHT.<br><br>**Source:** IEEE 802.11ac-2013 at p. 141.<br><br>**beamformee:** A station (STA) that receives a physical layer convergence procedure (PLCP) protocol data unit (PPDU) that was transmitted using a beamforming steering matrix.<br><br>**beamformer:** A station (STA) that transmits a physical layer convergence procedure (PLCP) protocol data unit (PPDU) using a beamforming steering matrix.<br><br>**Source:** IEEE 802.11-2012 at p. 7.<br><br>**22.1.2 Scope**<br><br>The services provided to the MAC by the VHT PHY consist of the following protocol functions:<br>a) A function that defines a method of mapping the PSDUs into a framing format (PPDU) suitable for sending and receiving PSDUs between two or more STAs.<br>b) A function that defines the characteristics and method of transmitting and receiving data through a wireless medium between two or more STAs. Depending on the PPDU format, these STAs support a mixture of VHT: Clause 20 and Clause 18 PHYs. |

<table>
<tr><th>Claim</th><th>The Accused Instrumentalities</th></tr>
<tr><td></td><td>
Source: IEEE 802.11ac-2013 at p. 215.
<h3>22.1.3 VHT PHY functions</h3>
<h4>22.1.3.1 General</h4>
The VHT PHY contains two functional entities: the PHY function and the physical layer management function (i.e., the PLME). Both of these functions are described in detail in 22.3 and 22.4.
Source: IEEE 802.11ac-2013 at p. 215.
<h3>22.3 VHT PHY layer</h3>
<h4>22.3.1 Introduction</h4>
This subclause provides the procedure by which PSDUs are converted to and from transmissions on the wireless medium.
During transmission, a PSDU (in the SU case) or one or more PSDUs (in the MU case) are processed (i.e., scrambled and coded) and appended to the PHY preamble to create the PPDU. At the receiver, the PHY preamble is processed to aid in the detection, demodulation, and delivery of the PSDU.
Source: IEEE 802.11ac-2013 at p. 229.
</td></tr>
</table>

| Claim | The Accused Instrumentalities |
|---|---|
| | **22.1.4 PPDU formats**<br><br>The structure of the PPDU transmitted by a VHT STA is determined by the TXVECTOR parameters as defined in Table 22-1.<br><br>For a VHT STA, the FORMAT parameter determines the overall structure of the PPDU and includes the following:<br>— Non-HT format (NON_HT), based on Clause 18 and including non-HT duplicate format.<br>— HT-mixed format (HT_MF) as specified in Clause 20.<br>— HT-greenfield format (HT_GF) as specified in Clause 20.<br>— VHT format (VHT). PPDUs of this format contain a preamble compatible with Clause 18 and Clause 20 STAs. The non-VHT portion of the VHT format preamble (the parts of VHT preamble preceding the VHT-SIG-A field) is defined so that it can be decoded by these STAs.<br><br>NOTE—Required support for these formats is defined in 10.39, 20.1.1, and 22.1.1.<br><br>A VHT PPDU can be further categorized as a VHT SU PPDU or a VHT MU PPDU. A VHT PPDU using a group ID value of 0 or 63 is a VHT SU PPDU and either carries only one PSDU or no PSDU. A VHT PPDU using a group ID value in the range of 1 to 62 is a VHT MU PPDU and carries one or more PSDUs to one or more users.<br><br>**Source:** IEEE 802.11ac-2013 at pp. 215-216. |
| [56A] a monitoring subsystem determining whether signal energy of transmissions on a communication | The Accused Instrumentalities include a monitoring subsystem (e.g., a Wi-Fi chipset and associated hardware, firmware and/or software implementing the carrier sense and clear channel assessment (CCA) functionality of the Wi-Fi 5 MAC and PHY layers, which monitors signal energy on a communication channel) that senses a communication channel (e.g., determining the "state of the medium" |

| Claim | The Accused Instrumentalities |
| --- | --- |
| channel exceeds a predetermined amount, and said monitoring subsystem, if it has been determined that said signal energy exceeds a predetermined amount, does not allow the terminal to begin to transmit on said communication channel; | using the CCA function in the PHY layer) to determine whether signal energy on said communication channel exceeds a predetermined amount. If it has been determined that said signal energy exceeds said predetermined amount, *said monitoring subsystem does not allow the terminal to begin to transmit on said communication channel.*<br>The Accused Instrumentalities (e.g., Wi-Fi 5 (and later) APs provided and/or sold by T-Mobile or used with T-Mobile service) include a monitoring subsystem (e.g., a Wi-Fi chipset and associated hardware, firmware and/or software implementing the carrier sense and clear channel assessment (CCA) functionality of the Wi-Fi 5 MAC and PHY layers, which monitors signal energy on a communication channel) that senses a communication channel (e.g., determining the "state of the medium" using the CCA function in the PHY layer) to determine whether signal energy on said communication channel exceeds a predetermined amount. See, Table 22-27 (below), which defines the predetermined amount of signal energy measured in units of dBm by the receiving antenna of the device that must be exceeded for the channel to be designated as busy or idle.<br>The "predetermined amount" and "signal energy" are satisfied by the CCA sensitivity described in the 802.11ac at 22.3.19.5 (below). The CCA function is defined as the "logical function in the physical layer (PHY) that determines the current state of use of the wireless medium (WM)" according to 802.11 at 3.1 Definition. When the STA wishes to transmit, it calls the PHY primitive 7.3.5.11, for which the CCA values governing a BUSY and IDLE are described in 802.11ac at 22.3.19.5.<br>The enhanced distributed channel access (EDCA) protocol of 802.11 includes a carrier sense multiple access with collision avoidance (CSMA/CA) protocol that is the 802.11 MAC as defined in 802.11 9.2 MAC architecture. More specifically, see 802.11 9.3 DCF regarding the use of the DCF communications channel by 802.11.<br>The "signal energy level" and "predetermined amount" may vary with the physical layer and the channel width used in the transmission. For 802.11ac (e.g., VHT PHY), Section 22 of 802.11ac provides these specifications. For example, Table 22-27 Conditions for CCA BUSY on the primary 20 MHz in 802.11ac in 802.11ac 22.3.19.5 CCA sensitivity provides dBm values with which 802.11 devices abide.<br>**clear channel assessment (CCA) function:** That logical function in the physical layer (PHY) that determines the current state of use of the wireless medium (WM).<br>**Source:** IEEE 802.11-2012 at p. 8. |

| Claim | The Accused Instrumentalities |
|---|---|
| | **9. MAC sublayer functional description**<br><br>**9.1 Introduction**<br><br>The MAC functional description is presented in this clause. The architecture of the MAC sublayer, including the distributed coordination function (DCF), the point coordination function (PCF), the hybrid coordination function (HCF), the mesh coordination function (MCF), and their coexistence in an IEEE 802.11 LAN are introduced in 9.2. These functions are expanded on in 9.3 (DCF), 9.4 (PCF), 9.19 (HCF), and 9.20 (MCF). Fragmentation and defragmentation are defined in 9.5 and 9.6. Multirate support is addressed in 9.7. A number of additional restrictions to limit the cases in which MSDUs are reordered or discarded are described in 9.8. Operation across regulatory domains is defined in 9.18. The Block Ack mechanism is described in 9.21. The No Ack mechanism is described in 9.22. The protection mechanism is described in 9.23. Rules for processing MAC frames are described in 9.24.<br><br>**Source:** IEEE 802.11-2012 at p. 818.<br><br>**9.2.2 DCF**<br><br>The fundamental access method of the IEEE 802.11 MAC is a DCF known as *carrier sense multiple access with collision avoidance* (CSMA/CA). The DCF shall be implemented in all STAs.<br><br>For a STA to transmit, it shall sense the medium to determine if another STA is transmitting. If the medium is not determined to be busy (see 9.3.2.1), the transmission may proceed. The CSMA/CA distributed algorithm mandates that a gap of a minimum specified duration exists between contiguous frame sequences. A transmitting STA shall verify that the medium is idle for this required duration before attempting to transmit. If<br><br>**Source:** IEEE 802.11-2012 at p. 818. |

| Claim | The Accused Instrumentalities |
|---|---|
| | **9.3.2 Procedures common to the DCF and EDCAF**<br><br>**9.3.2.1 CS mechanism**<br><br>Physical and virtual CS functions are used to determine the state of the medium. When either function indicates a busy medium, the medium shall be considered busy; otherwise, it shall be considered idle.<br><br>A physical CS mechanism shall be provided by the PHY. See Clause 7 for how this information is conveyed to the MAC. The details of physical CS are provided in the individual PHY specifications.<br><br>**Source:** IEEE 802.11-2012 at p. 825.<br><br>**Table 7-3—PHY-SAP service primitive parameters** |

| Parameter | Associated primitive | Value |
|---|---|---|
| DATA | PHY-DATA.request<br>PHY-DATA.indication | Octet value X'00'–X'FF' |
| TXVECTOR | PHY-TXSTART.request | A set of parameters |
| STATUS | PHY-CCA.indication | (BUSY, [channel-list])<br>(IDLE) |
| RXVECTOR | PHY-RXSTART.indication<br>PHY-RXEND.indication | A set of parameters |
| RXERROR | PHY-RXEND.indication | NoError, FormatViolation, CarrierLost, UnsupportedRate |

<table>
<tr><th>Claim</th><th>The Accused Instrumentalities</th></tr>
<tr><td></td><td>

**Table 7-3—PHY-SAP service primitive parameters *(continued)***

| Parameter | Associated primitive | Value |
|---|---|---|
| IPI-STATE | PHY-CCARESET.request<br>PHY-CCARESET.confirm | IPI-ON, IPI-OFF |
| IPI-REPORT | PHY-CCA.indication<br>PHY-CCARESET.confirm | A set of IPI values for the preceding time interval |
| PHYCONFIG_VECTOR | PHY-CONFIG | A set of parameters |
| TXSTATUS | PHY-TXSTART.confirm | A set of parameters |

**Source:** IEEE 802.11-2012 at pp. 369-370.

**7.3.5.11 PHY-CCA.indication**

**7.3.5.11.1 Function**

This primitive is an indication by the PHY to the local MAC entity of the current state of the medium and to provide observed IPI values when IPI reporting is turned on.

**Source:** IEEE 802.11-2012 at p. 375.

</td></tr>
</table>

| Claim | The Accused Instrumentalities |
|---|---|
| | **7.3.5.11.2 Semantics of the service primitive**<br><br>The primitive provides the following parameters:<br>PHY-CCA.indication(<br>STATE,<br>IPI-REPORT,<br>channel-list<br>)<br><br>The STATE parameter can be one of two values: BUSY or IDLE. The parameter value is BUSY if the assessment of the channel(s) by the PHY determines that the channel(s) are not available. Otherwise, the value of the parameter is IDLE.<br><br>**Source:** IEEE 802.11-2012 at p. 376.<br><br>**22.3.19 VHT receiver specification**<br><br>For tests in this subclause, the input levels are measured at the antenna connectors and are referenced as the average power per receive antenna. The number of spatial streams under test shall be equal to the number of utilized transmitting STA antenna (output) ports and also equal to the number of utilized Device Under Test input ports. Each output port of the transmitting STA shall be connected through a cable to one input port of the Device Under Test.<br><br>**Source:** IEEE 802.11ac-2013 at p. 306.<br><br>**22.3.19.5 CCA sensitivity**<br><br>**22.3.19.5.1 General**<br><br>The thresholds in this subclause are compared with the signal level at each receiving antenna. |

<table>
<tr><th>Claim</th><th>The Accused Instrumentalities</th></tr>
<tr><td></td><td>

**Source:** IEEE 802.11ac-2013 at p. 308.

**22.3.19.5.2 CCA sensitivity for operating classes requiring CCA-ED**

For the operating classes requiring CCA-Energy Detect (CCA-ED), CCA shall also detect a medium busy condition when CCA-ED detects a channel busy condition.

For improved spectrum sharing, CCA-ED is required in some bands. The behavior class indicating CCA-ED is given in Table D-2. The operating classes requiring the corresponding CCA-ED behavior class are given in Annex E. A STA that is operating within an operating class that requires CCA-ED shall operate with CCA-ED. The CCA-ED is not required for license-exempt operation in any band.

CCA-ED shall indicate a channel busy condition when the received signal strength exceeds the CCA-ED threshold as given by dot11OFDMEDThreshold for the primary 20 MHz channel and the secondary 20 MHz channel, dot11OFDMEDThreshold + 3 dB for the secondary 40 MHz channel, and dot11OFDMEDThreshold+6 dB for the secondary 80 MHz channel. The CCA-ED thresholds for the operating classes requiring CCA-ED are subject to the criteria in D.2.5.

NOTE—The requirement to issue a CCA signal busy as stated in 22.3.19.5.3 and 22.3.19.5.4 is a mandatory energy detect requirement on all Clause 22 receivers. Support for CCA-ED is an additional requirement that relates specifically to the sensitivities described in D.2.5.

**Source:** IEEE 802.11ac-2013 at p. 308.

</td></tr>
</table>

| Claim | The Accused Instrumentalities |
|---|---|
| | **22.3.19.5.3 CCA sensitivity for signals occupying the primary 20 MHz channel**<br><br>The PHY shall issue a PHY-CCA.indication(BUSY, {primary}) if one of the conditions listed in Table 22-27 is met in an otherwise idle 20 MHz, 40 MHz, 80 MHz, 160 MHz, or 80+80 MHz operating channel width. With >90% probability, the PHY shall detect the start of a PPDU that occupies at least the primary 20 MHz channel under the conditions listed in Table 22-27 within a period of aCCATime (see 22.4.4) and hold the CCA signal busy (PHY_CCA.indicate(BUSY, channel-list)) for the duration of the PPDU.<br><br>**Source:** IEEE 802.11ac-2013 at pp. 308-309.<br><br>The receiver shall issue a PHY-CCA.indication(BUSY, {primary}) for any signal that exceeds a threshold equal to 20 dB above the minimum modulation and coding rate sensitivity (–82 + 20 = –62 dBm) in the primary 20 MHz channel within a period of aCCATime after the signal arrives at the receiver's antenna(s); then the receiver shall not issue a PHY-CCA.indication(BUSY,{secondary}), PHY-CCA.indication(BUSY,{secondary40}), PHY-CCA.indication(BUSY,{secondary80}), or PHY-CCA.indication(IDLE) while the threshold continues to be exceeded.<br><br>**Source:** IEEE 802.11ac-2013 at p. 309. |

| Claim | The Accused Instrumentalities |
|---|---|
| | **Table 22-27—Conditions for CCA BUSY on the primary 20 MHz**<br><br>(see table below)<br><br>**Source:** IEEE 802.11ac-2013 at p. 309.<br>The Accused Instrumentalities (e.g., Wi-Fi 5 (and later) APs provided and/or sold by T-Mobile or used with T-Mobile service) include a monitoring subsystem (e.g., a Wi-Fi chipset and associated hardware, firmware and/or software implementing portions of the Wi-Fi 5 MAC and/or PHY layer carrier sense and clear channel assessment functionality) that does not allow the terminal to begin to transmit on said communication channel if it has been determined that said signal energy exceeds said predetermined amount. For example, when it is determined that said signal energy exceeds said predetermined amount (as defined in Table 22-27 (above)), the monitoring subsystem (e.g., the MAC and PHY layer carrier sense and CCA functionality, which reports the medium as busy to the MAC layer DCF) does not allow the terminal to begin to transmit on said communication channel (DCF uses a random backoff time following a busy medium condition). |

| Operating Channel Width | Conditions |
|---|---|
| 20 MHz, 40 MHz, 80 MHz, 160 MHz, or 80+80 MHz | The start of a 20 MHz NON_HT PPDU in the primary 20 MHz channel as defined in 18.3.10.6.<br>The start of an HT PPDU under the conditions defined in 20.3.21.5.<br>The start of a 20 MHz VHT PPDU in the primary 20 MHz channel at or above –82 dBm. |
| 40 MHz, 80 MHz, 160 MHz, or 80+80 MHz | The start of a 40 MHz non-HT duplicate or VHT PPDU in the primary 40 MHz channel at or above –79 dBm.<br>The start of an HT PPDU under the conditions defined in 20.3.21.5. |
| 80 MHz, 160 MHz, or 80+80 MHz | The start of an 80 MHz non-HT duplicate or VHT PPDU in the primary 80 MHz channel at or above –76 dBm. |
| 160 MHz or 80+80 MHz | The start of a 160 MHz or 80+80 MHz non-HT duplicate or VHT PPDU at or above –73 dBm. |

| Claim | The Accused Instrumentalities |
|---|---|
| | **9.3 DCF**<br><br>**9.3.1 General**<br><br>The basic medium access protocol is a DCF that allows for automatic medium sharing between compatible PHYs through the use of CSMA/CA and a random backoff time following a busy medium condition. In addition, all individually addressed traffic uses immediate positive acknowledgment (ACK frame) where retransmission is scheduled by the sender if no ACK is received.<br><br>The CSMA/CA protocol is designed to reduce the collision probability between multiple STAs accessing a medium, at the point where collisions would most likely occur. Just after the medium becomes idle following a busy medium (as indicated by the CS function) is when the highest probability of a collision exists. This is because multiple STAs could have been waiting for the medium to become available again. This is the situation that necessitates a random backoff procedure to resolve medium contention conflicts.<br><br>**Source:** IEEE 802.11-2012 at p. 824. |
| [56B] component generating and processing network data packets; and | The Accused Instrumentalities include a component generating and processing network data packets (e.g., a Wi-Fi chipset and associated hardware, firmware and/or software implementing portions of the Wi-Fi 5 MAC layer). Generating and processing network data packet are fundamental to 802.11 and 802.11ac. The cites below explain how in MU-MIMO, as implemented by 802.11ac, one type of network data packet (e.g., VHT MU PPDU) is generated and processed. 802.11 clarifies that in the MAC layer, MSDU(s) are encapsulated and may be aggregated into an A-MPDU by the MAC data service architecture. Thus, during a transmission, the frame that leaves the MAC layer and enters the PHY layer can be an A-MPDU (which contains one or more MSDUs).<br><br>802.11ac further states that an A-MPDU obtained from the MAC data service architecture is transmitted at the PHY in a PSDU frame. In an 802.11ac PHY layer, the PSDU is encapsulated in a PPDU for transmission by the PHY. This confirms that PSDUs are contained in PPDUs that are to be transmitted by the PHY. Furthermore, PPDUs in accordance with the ac Amendment can include MU PPDUs. |

| Claim | The Accused Instrumentalities |
|---|---|
| | See also the 802.11 and 802.11ac excerpts cited in limitation [56 Pre] (MSDU encapsulation and A-MPDU aggregation at the MAC layer; PSDU encapsulation in a VHT PPDU at the PHY). The network data packets so generated are passed to the control subsystem for transmission, as described in limitation [56C].<br><br>*See, e.g.*:<br><br>**downlink multi-user multiple input, multiple output (DL-MU-MIMO):** A technique by which an access point (AP) with more than one antenna transmits a physical layer (PHY) protocol data unit (PPDU) to multiple receiving non-AP stations (STAs) over the same radio frequencies, wherein each non-AP STA simultaneously receives one or more distinct space-time streams.<br><br>**frequency segment:** A contiguous block of spectrum used by a transmission.<br><br>**multi-user multiple input, multiple output (MU-MIMO):** A technique by which multiple stations (STAs), each with one or more antennas, either simultaneously transmit to a single STA or simultaneously receive from a single STA independent data streams over the same radio frequencies.<br><br>NOTE—IEEE 802.11 supports only downlink (DL) MU-MIMO. See DL-MU-MIMO.<br><br>**Source:** IEEE 802.11ac-2013 at p. 2. |

| Claim | The Accused Instrumentalities |
|---|---|
| | **22. Very High Throughput (VHT) PHY specification**<br><br>**22.1 Introduction**<br><br>**22.1.1 Introduction to the VHT PHY**<br><br>Clause 22 specifies the PHY entity for a very high throughput (VHT) orthogonal frequency division multiplexing (OFDM) system.<br><br>In addition to the requirements in Clause 22, a VHT STA shall be capable of transmitting and receiving PPDUs that are compliant with the mandatory PHY specifications defined in Clause 20.<br><br>The VHT PHY is based on the HT PHY defined in Clause 20, which in turn is based on the OFDM PHY defined in Clause 18. The VHT PHY extends the maximum number of space-time streams supported to eight and provides support for downlink multi-user (MU) transmissions. A downlink MU transmission supports up to four users with up to four space-time streams per user with the total number of space-time streams not exceeding eight.<br><br>**Source:** IEEE 802.11ac-2013 at p. 214. |

| Claim | The Accused Instrumentalities |
|---|---|
| | A VHT STA may support the following features:<br>— HT-greenfield format (transmit and receive)<br>— 2 or more spatial streams (transmit and receive)<br>— 400 ns short guard interval (transmit and receive)<br>— Beamforming sounding (by sending a VHT NDP)<br>— Responding to transmit beamforming sounding (by providing compressed beamforming feedback)<br>— STBC (transmit and receive)<br>— LDPC (transmit and receive)<br>— VHT MU PPDUs (transmit and receive)<br><br>**Source:** IEEE 802.11ac-2013 at p. 214. |
| [56C] a control subsystem that accepts said network data packets from said component and determines a manner in which to transmit said network data packets over said communication channel simultaneously to a plurality of receiving systems; | The Accused Instrumentalities include a control subsystem (e.g., a Wi-Fi chipset and associated hardware, firmware and/or software implementing the Wi-Fi 5 MAC layer transmission control functionality, and its interface to the PHY layer, that determines a manner in which to transmit packets over the communications channel) that accepts said network data packets from said component and determines a manner in which to transmit said network data packets over said communication channel simultaneously to a plurality of receiving systems. For example, 802.11ac describes a control subsystem (e.g., the MAC layer transmission control functionality operating with the VHT PHY) that accepts the network data packets from the component and determines a manner in which to transmit said network data packets over said communication channel simultaneously to a plurality of receiving systems by providing a description of how to steer signals to send VHT MU PPDUs with DL-MU-MIMO beamforming techniques. Subclauses 22.3.11.1 to .3 of the ac Amendment describe mechanics for how the transmitter "is to steer signals using knowledge of the channel."<br><br>The Accused Instrumentalities (e.g., Wi-Fi 5 (and later) APs provided and/or sold by T-Mobile or used with T-Mobile service) include a control subsystem (e.g., a Wi-Fi chipset and associated hardware, firmware and/or software implementing the Wi-Fi 5 MAC layer |

| Claim | The Accused Instrumentalities |
|---|---|
| | transmission control functionality, and its interface to the PHY layer, that determines a manner in which to transmit packets over the communications channel) that enables a plurality of the network data packets to be transmitted simultaneously on the communication channel, the plurality of the network data packets being successfully transmitted simultaneously over the communication channel.<br>For example, 802.11ac describes determining a manner in which to transmit network data packets over the communication channel by providing a description of how to steer signals to send VHT MU PPDUs with DL-MU-MIMO beamforming techniques. *See, e.g.*, subclauses 22.3.11.1 to .3, which describes mechanics for how the transmitter "is to steer signals using knowledge of the channel."<br>**22.1.4 PPDU formats**<br>The structure of the PPDU transmitted by a VHT STA is determined by the TXVECTOR parameters as defined in Table 22-1.<br>For a VHT STA, the FORMAT parameter determines the overall structure of the PPDU and includes the following:<br>— Non-HT format (NON_HT), based on Clause 18 and including non-HT duplicate format.<br>— HT-mixed format (HT_MF) as specified in Clause 20.<br>— HT-greenfield format (HT_GF) as specified in Clause 20.<br>— VHT format (VHT). PPDUs of this format contain a preamble compatible with Clause 18 and Clause 20 STAs. The non-VHT portion of the VHT format preamble (the parts of VHT preamble preceding the VHT-SIG-A field) is defined so that it can be decoded by these STAs. |

| Claim | The Accused Instrumentalities |
|---|---|
| | NOTE—Required support for these formats is defined in 10.39, 20.1.1, and 22.1.1.<br><br>A VHT PPDU can be further categorized as a VHT SU PPDU or a VHT MU PPDU. A VHT PPDU using a group ID value of 0 or 63 is a VHT SU PPDU and either carries only one PSDU or no PSDU. A VHT PPDU using a group ID value in the range of 1 to 62 is a VHT MU PPDU and carries one or more PSDUs to one or more users.<br><br>**Source:** IEEE 802.11ac-2013 at pp. 215-216.<br><br>**22.3.11 SU-MIMO and DL-MU-MIMO Beamforming**<br><br>**22.3.11.1 General**<br><br>SU-MIMO and DL-MU-MIMO beamforming are techniques used by a STA with multiple antennas (the beamformer) to steer signals using knowledge of the channel to improve throughput. With SU-MIMO beamforming all space-time streams in the transmitted signal are intended for reception at a single STA. With DL-MU-MIMO beamforming, disjoint subsets of the space-time streams are intended for reception at different STAs.<br><br>The DL-MU-MIMO steering matrix $Q_k = [Q_{k,0}, Q_{k,1}, \ldots, Q_{k,N_{user}-1}]$ can be determined by the beamformer using the beamforming feedback matrices for subcarrier $k$ from beamformee $u$, $V_{k,u}$, and SNR information for subcarrier $k$ from beamformee $u$, $SNR_{k,u}$, where $u = 0, 1, \ldots, N_{user} - 1$. The steering matrix that is computed (or updated) using new beamforming feedback matrices and new SNR information from some or all of participating beamformees might replace the existing steering matrix $Q_k$ for the next DL-MU-MIMO data transmission. The beamformee group for the MU transmission is signaled using the Group ID field in VHT-SIG-A (see 22.3.8.3.3 and 22.3.11.4). |

| Claim | The Accused Instrumentalities |
|---|---|
| | **Source:** IEEE 802.11ac-2013 at pp. 293-294.<br>**22.5 Parameters for VHT-MCSs**<br>The rate-dependent parameters for 20 MHz, 40 MHz, 80 MHz, 160 MHz, and 80+80 MHz $N_{SS} = 1, \ldots, 8$ are given in Table 22-30 through Table 22-61. Support for 400 ns GI is optional in all cases. Support for VHT-MCS 8 and 9 (when valid) is optional in all cases. A VHT STA shall support single spatial stream VHT-MCSs within the range VHT-MCS 0 to VHT-MCS 7 for all channel widths for which it has indicated support regardless of the Tx or Rx Highest Supported Long GI Data Rate subfield values in the Supported VHT-MCS and NSS Set field. When more than one spatial stream is supported, the Tx or Rx Highest Supported Long GI Data Rate subfield values in the Supported VHT-MCS and NSS Set field may result in a reduced VHT-MCS range (cut-off) for $N_{SS} = 2, \ldots, 8$. Support for 20 MHz, 40 MHz, and 80 MHz with $N_{SS} = 1$ is mandatory. Support for 20 MHz, 40 MHz, and 80 MHz with $N_{SS} = 2, \ldots, 8$ is optional. Support for 160 MHz and 80+80 MHz with $N_{SS} = 1, \ldots, 8$ is optional. $N_{ES}$ values were chosen to yield an integer number of punctured blocks for each BCC encoder per OFDM symbol.<br>Table 22-30 to Table 22-33, Table 22-38 to Table 22-41, Table 22-46 to Table 22-49, and Table 22-54 to Table 22-57 define VHT-MCSs not only for SU transmission but also for user $u$ of MU transmission. In the case of VHT-MCSs for MU transmission, the parameters, $N_{SS}$, $R$, $N_{BPSCS}$, $N_{CBPS}$, $N_{DBPS}$, and $N_{ES}$ are replaced with $N_{SS,u}$, $R_u$, $N_{BPSCS,u}$, $N_{CBPS,u}$, $N_{DBPS,u}$, and $N_{ES,u}$, respectively.<br>**Source:** IEEE 802.11ac-2013 at p. 323.<br>Furthermore, 802.11ac describes enabling a plurality of said network data packets (e.g., VHT MU PPDUs) to be transmitted simultaneously on said communication channel (e.g., via DL-MU-MIMO), by the control subsystem in the terminal [e.g., the MAC layer transmission control functionality operating with the VHT PHY], said plurality of said network data packets (e.g., VHT MU PPDUs) being successfully transmitted simultaneously over said communication channel (e.g. via DL-MU-MIMO Beamforming). |

| Claim | The Accused Instrumentalities |
|---|---|
| | With DL-MU-MIMO, a transmitting STA can send to multiple receiving STAs simultaneously. To allow this to occur "successfully", Wi-Fi 5 (and later) APs use a VHT MU PPDU, and the sending and receiving STAs are configured to send/receive (respectively) RF signals that are appropriately formed to transmit in a manner that both expect.<br><br>**downlink multi-user multiple input, multiple output (DL-MU-MIMO):** A technique by which an access point (AP) with more than one antenna transmits a physical layer (PHY) protocol data unit (PPDU) to multiple receiving non-AP stations (STAs) over the same radio frequencies, wherein each non-AP STA simultaneously receives one or more distinct space-time streams.<br><br>**frequency segment:** A contiguous block of spectrum used by a transmission.<br><br>**multi-user multiple input, multiple output (MU-MIMO):** A technique by which multiple stations (STAs), each with one or more antennas, either simultaneously transmit to a single STA or simultaneously receive from a single STA independent data streams over the same radio frequencies.<br><br>NOTE—IEEE 802.11 supports only downlink (DL) MU-MIMO. See DL-MU-MIMO.<br><br>**Source:** IEEE 802.11ac-2013 at p. 2. |

| Claim | The Accused Instrumentalities |
| --- | --- |
| | **22. Very High Throughput (VHT) PHY specification**<br><br>**22.1 Introduction**<br><br>**22.1.1 Introduction to the VHT PHY**<br><br>Clause 22 specifies the PHY entity for a very high throughput (VHT) orthogonal frequency division multiplexing (OFDM) system.<br><br>In addition to the requirements in Clause 22, a VHT STA shall be capable of transmitting and receiving PPDUs that are compliant with the mandatory PHY specifications defined in Clause 20.<br><br>The VHT PHY is based on the HT PHY defined in Clause 20, which in turn is based on the OFDM PHY defined in Clause 18. The VHT PHY extends the maximum number of space-time streams supported to eight and provides support for downlink multi-user (MU) transmissions. A downlink MU transmission supports up to four users with up to four space-time streams per user with the total number of space-time streams not exceeding eight.<br><br>**Source:** IEEE 802.11ac-2013 at p. 214. |

| Claim | The Accused Instrumentalities |
|---|---|
| | A VHT STA may support the following features:<br>— HT-greenfield format (transmit and receive)<br>— 2 or more spatial streams (transmit and receive)<br>— 400 ns short guard interval (transmit and receive)<br>— Beamforming sounding (by sending a VHT NDP)<br>— Responding to transmit beamforming sounding (by providing compressed beamforming feedback)<br>— STBC (transmit and receive)<br>— LDPC (transmit and receive)<br>— VHT MU PPDUs (transmit and receive)<br><br>**Source:** IEEE 802.11ac-2013 at p. 214. |
| [56D] multiple ones of said network data packets transmitted simultaneously over said communication channel being separated and substantially decoded at each receiver from said plurality of receiving systems. | The Accused Instrumentalities include a transmitter (e.g., a Wi-Fi chipset and associated RF front end circuitry and related hardware, firmware and/or software) that transmits multiple ones of the network data packets simultaneously over the communications channel, which are separated and substantially decoded at each receiver from the plurality of receiving systems. 802.11ac describes that multiple ones of said network data packets are transmitted by a transmitting component (e.g., Figures 22-7 and 22-12). The figure shows the flow for turning a data frame's digital bits into modulation and, at the end of these flows, it shows these modulations are sent out via transmit chains in analog on the RF. With DL-MU-MIMO, a transmitting STA can send to multiple receiving STAs simultaneously. To allow this to occur "successfully", Wi-Fi 5 (and later) APs use a VHT MU PPDU, and the sending and receiving STAs are configured to send/receive (respectively) RF signals that are appropriately formed to transmit in a manner that both expect.<br>In a DL MU-MIMO transmission, the AP steers the space-time streams carrying each receiving STA's network data packets toward that STA using channel state information fed back by that STA (see subclauses 22.3.11.1 to .3, cited in limitation [56C]), and each receiving STA identifies the space-time streams intended for it from the Group ID and NSTS fields of VHT-SIG-A, measures the channel for those streams using the VHT-LTF symbols, and demodulates them while reducing the effect of the other users' streams (see, e.g., 802.11ac-2013 § 22.1.1 at p. 214 and § 22.3.11.4 at p. 295, below). |

| Claim | The Accused Instrumentalities |
| --- | --- |
| | **22.1.1 Introduction to the VHT PHY**<br><br>Clause 22 specifies the PHY entity for a very high throughput (VHT) orthogonal frequency division multiplexing (OFDM) system.<br><br>In addition to the requirements in Clause 22, a VHT STA shall be capable of transmitting and receiving PPDUs that are compliant with the mandatory PHY specifications defined in Clause 20.<br><br>The VHT PHY is based on the HT PHY defined in Clause 20, which in turn is based on the OFDM PHY defined in Clause 18. The VHT PHY extends the maximum number of space-time streams supported to eight and provides support for downlink multi-user (MU) transmissions. A downlink MU transmission supports up to four users with up to four space-time streams per user with the total number of space-time streams not exceeding eight.<br><br>**Source:** IEEE 802.11ac-2013 at p. 214. |

| Claim | The Accused Instrumentalities |
|---|---|
| | **22.3.11.4 Group ID**<br><br>A value in the Group ID field in VHT-SIG-A (see 22.3.8.3.3) in the range 1 to 62 indicates a VHT MU PPDU. Prior to transmitting a VHT MU PPDU, group assignments have been established by the AP for DL-MU-MIMO capable STAs using the Group ID Management frame as defined in 8.5.23.3.<br><br>After the STA's MLME is configured using the PHYCONFIG_VECTOR parameter GROUP_ID_MANAGEMENT, the following lookup tables are populated:<br>a) group ID to Membership Status, denoted by MembershipStatusInGroupID[*g*] for $1 \le g \le 62$<br>b) group ID to User Position, denoted by UserPositionInGroupID[*g*] for $1 \le g \le 62$<br><br>When a STA receives a VHT MU PPDU where the Group ID field in VHT-SIG-A has the value *k* and where MembershipStatusInGroupID[*k*] is equal to 1, then the number of space-time streams for that STA is indicated in the MU[UserPositionInGroupID[*k*]] NSTS field in VHT-SIG-A. The space-time streams of different users are ordered in accordance to user position values, i.e., the space-time streams for the user in user position 0 come first, followed by the space-time streams for the user in position 1, followed by the space-time streams for the user in position 2, and followed by the space-time streams for the user in position 3.<br><br>A STA is also able to identify the space-time streams intended for other STAs that act as interference. VHT-LTF symbols in the VHT MU PPDU are used to measure the channel for the space-time streams intended for the STA and can also be used to measure the channel for the interfering space-time streams. To successfully demodulate the space-time streams intended for the STA, the STA may use the channel state information for all space-time streams to reduce the effect of interfering space-time streams.<br><br>If a STA finds that it is not a member of the group, or the STA is a member of the group but the corresponding MU NSTS field in VHT-SIG-A indicates that there are zero space-time streams for the STA in the PPDU, then the STA may elect to not process the remainder of the PPDU.<br><br>**Source:** IEEE 802.11ac-2013 at p. 295.<br><br>The Accused Instrumentalities (e.g., Wi-Fi 5 (and later) APs provided and/or sold by T-Mobile or used with T-Mobile service) include a transmitter (e.g., a Wi-Fi chipset including RF front end circuitry and related hardware, firmware and/or software) that transmits signals on the communication channel. 802.11ac sets forth a transmitting component (*see, e.g.*, Figure 22-7 and Figure 22-12) in the terminal, on said communication channel. The below cited figures show the flow for turning a data frame's digital bits into modulation and, at the end of these flows, it shows these modulations are sent out via transmit chains in analog on the RF. Therefore, Wi-Fi 5 (and later) APs provided by T-Mobile transmit MU PPDU signals as analog signals onto the channel. |

| Claim | The Accused Instrumentalities |
|---|---|
| | **22.3.2 VHT PPDU format**<br><br>A single PPDU format is defined for this PHY: the VHT PPDU format. Figure 22-4 shows the VHT PPDU format.<br><br>**Source:** IEEE 802.11ac-2013 at p. 229.<br><br>The VHT-SIG-A, VHT-STF, VHT-LTF, and VHT-SIG-B fields exist only in VHT PPDUs. In a VHT NDP the Data field is not present. The number of symbols in the VHT-LTF field, $N_{VHTLTF}$, can be either 1, 2, 4, 6, or 8 and is determined by the total number of space-time streams across all users being transmitted in the VHT PPDU (see Table 22-13).<br><br>**Source:** IEEE 802.11ac-2013 at p. 230. |

| Claim | The Accused Instrumentalities |
| --- | --- |
| | **22.3.3 Transmitter block diagram**<br><br>The generation of each field in a VHT PPDU uses many of the following blocks:<br>a) PHY padding<br>b) Scrambler<br>c) BCC encoder parser<br>d) FEC (BCC or LDPC) encoders<br>e) Stream parser<br>f) Segment parser (for contiguous 160 MHz and noncontiguous 80+80 MHz transmissions)<br>g) BCC interleaver<br>h) Constellation mapper<br>i) Pilot insertion<br>j) Replicate over multiple 20 MHz (if BW > 20 MHz)<br>k) Multiply by 1st column of $P_{VHTLTF}$<br>l) LDPC tone mapper<br>m) Segment deparser<br>n) Space time block code (STBC) encoder<br>o) Cyclic shift diversity (CSD) per STS insertion<br>p) Spatial mapper<br>q) Inverse discrete Fourier transform (IDFT)<br>r) Cyclic shift diversity (CSD) per chain insertion<br>s) Guard interval (GI) insertion<br>t) Windowing |

| Claim | The Accused Instrumentalities |
|---|---|
| | **Source:** IEEE 802.11ac-2013 at p. 230.<br><br>Figure 22-6 and Figure 22-7 show the transmit process for generating the VHT-SIG-B field of a VHT SU PPDU and VHT MU PPDU, respectively, in 20 MHz, 40 MHz, and 80 MHz channel widths. Figure 22-8 and Figure 22-9 show the transmit process for generating the VHT SIG-B field of a 160 MHz and 80+80 MHz VHT SU PPDU, respectively.<br><br>Figure 22-10 shows the transmitter blocks used to generate the Data field of a 20 MHz, 40 MHz, and 80 MHz VHT SU PPDU with BCC encoding for a single frequency segment. A subset of these transmitter<br><br>**Source:** IEEE 802.11ac-2013 at p. 231. |

| Claim | The Accused Instrumentalities |
|---|---|
| |   **Figure 22-7—Transmitter block diagram for the VHT-SIG-B field of a 20 MHz, 40 MHz, and 80 MHz VHT MU PPDU** |

| Claim | The Accused Instrumentalities |
|---|---|
| | **Source:** IEEE 802.11ac-2013 at p. 232.<br><br>**Source: IEEE 802.11ac-2013 at p. 236.** |

| Claim | The Accused Instrumentalities |
|---|---|
| | **22.3.4.10 Construction of the Data field in a VHT MU PPDU**<br><br>**22.3.4.10.1 General**<br><br>For an MU transmission, the PPDU encoding process is performed on a per-user basis up to the input of the Spatial Mapping block except CSD (as described in 22.3.8.3.2). All user data is combined and mapped to the transmit chains in the Spatial Mapping block.<br><br>**Source:** IEEE 802.11ac-2013 at p. 243.<br><br>**22.3.4.10.4 Combining to form a VHT MU PPDU**<br><br>The per-user data is combined as follows:<br>a) Spatial Mapping: The *Q* matrix is applied as described in 22.3.10.11.1. The combining of all user data is done in this block.<br>b) Phase rotation: Apply the appropriate phase rotations for each 20 MHz subchannel as described in 22.3.7.4 and 22.3.7.5.<br>c) IDFT: Compute the inverse discrete Fourier transform.<br>d) Insert GI and apply windowing: Prepend a GI (SHORT_GI or LONG_GI) and apply windowing as described in 22.3.7.4.<br>e) Analog and RF: Up-convert the resulting complex baseband waveform associated with each transmit chain to an RF signal according to the center frequency of the desired channel and transmit. Refer to 22.3.7.4 and 22.3.8 for details.<br><br>**Source:** IEEE 802.11ac-2013 at p. 243. |